

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:24-MJ-822 |
| ZACHARY ALEXANDER LOWE (01) | |

## CRIMINAL COMPLAINT

I, Task Force Officer Collin Colwell, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about June 16, 2024, in the Fort Worth Division of the Northern District of Texas, defendant **Zachary LOWE**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a black Glock 43X 9mm pistol, bearing serial number CBGV325, in and affecting interstate commerce, in that the firearm had previously been shipped and/or transported in interstate or foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

**Probable Cause:**

1.  I, Collin Colwell, under oath, duly state that I am a Peace Officer in the State of Texas and a Task Force Officer with the Federal Bureau of Investigation (FBI). The statements set forth in this affidavit are the product of my personal observations, training, and experience, as well as information obtained from other law enforcement officers and witnesses. The facts presented are true and correct to the best of my knowledge and belief but are not inclusive of all the evidence or information involved with this case.

2. On May 25, 2024, around 12:00 a.m., the Denton Police Department (DPD) investigated an attempted carjacking during which one of the assailants was killed and the driver was seriously injured with multiple gunshot wounds to his lower extremities.

3. Denton police detectives quickly identified **Zachary LOWE** as a lead suspect in the attempted carjacking, and a warrant was issued for his arrest. While searching for **LOWE**, detectives learned that he had recently moved into to the residence of his girlfriend at 616 Edwards Drive, Saginaw, Texas in the Fort Worth division of the Northern District of Texas. A search warrant was issued for the residence in addition to his arrest warrant.

4. On June 16, 2024, **Zachary LOWE** was arrested by DPD and the United States Marshal Service at 616 Edwards Drive, Saginaw, Texas. During the search of the residence, detectives located a blue canvas wagon in one of the bedrooms which contained multiple firearms, suspected narcotics, ammunition, and body armor. Also present in the same wagon were identifying documents belonging to **LOWE** including a Texas Driver's License, debit card and a police citation issued to **LOWE**.

5. Detectives learned from on scene witnesses that **LOWE** brought the wagon and contents of the wagon when he moved into the residence approximately three days prior to the execution of the search warrant. The wagon and items recovered from the wagon are depicted below:



6. Detectives applied for a state search warrant for **LOWE's** cellular telephone. The data contained within the cell phone showed multiple videos and photographs of **LOWE**. Additionally, this affiant located multiple photographs and videos that appeared to depict **LOWE** possessing firearms that appear similar to those located during the residential search warrant. Affiant also observed photographs of **LOWE** possessing narcotics and messages indicative of the distribution and sale of narcotics.

7. Affiant conducted a review of **LOWE's** complete criminal history (CCH). **LOWE's** CCH showed a felony conviction for aggravated robbery on June 12, 2015, in the 211th Judicial District Court in Denton County, Texas. That felony conviction

resulted in a sentence of 5 years in the Texas Department of Corrections, a term of imprisonment longer than one year.

8. The following firearm was located in the wagon during the search warrant at 616 Edwards Drive, Saginaw, Texas in the Fort Worth division of the Northern District of Texas: a black Glock 43X 9mm Pistol (Serial #: CBGV325). During the review of **LOWE's** cellular phone, this affiant observed a black Glock 43X 9 mm pistol depicted in photos and videos, but the serial number was not visible to confirm it is the same firearm.

9. Affiant spoke with Special Agent (SA) Michael Wasilewski, who is a qualified interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and who examined photographs of the firearm. Based on his examination, SA Wasilewski determined that the firearm was not manufactured in the State of Texas. Additionally, SA Wasilewski determined the firearm had to have traveled in interstate commerce to be present in the State of Texas.

10. Based upon these facts, I submit there is probable cause to believe that **Zachary LOWE** has violated 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

_____
Task Force Officer Collin Colwell
Federal Bureau of Investigation

SWORN AND SUBSCRIBED to before me on this **16TH** day of October 2024, at **1:25** am/**pm** in Fort Worth, Texas.

_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint - Page 4 of 4